Docket No. 24-9002
_____

In The United States Court of Appeals
For The Third Circuit
_____

**UNITED STATES,**

Appellee,

v.

**ROBERT BOWERS,**

Defendant – Appellant.
_____

### 30-day Status Report

Defendant-Appellant, Robert Bowers, by his undersigned counsel, submits this third 30-day status report in his federal death-penalty appeal, as directed by this Court in its order dated August 5, 2024.

On May 31, 2004, approximately four months ago, appellate counsel, Sean Bolser and Sarah Gannett, were appointed by the district court to represent Mr. Bowers on appeal, which this Court confirmed on June 4, 2024. A third appellate lawyer, Margaret Farrand, was added by this Court on July 23, 2024. None of his three appellate lawyers represented Mr. Bowers in the district court.

Approximately two months after the initial appointment of appellate counsel, Mr. Bowers moved this Court to suspend imposition of any briefing

1

schedule for 120 days to permit counsel to complete the record on appeal, to undertake a review of the record, and to propose an informed, realistic briefing schedule. This Court granted the unopposed motion and directed counsel to file a status report every 30 days.

Since counsel filed their second 30-day status report in October, they have continued their review of the voluminous district-court record, a laborious and time-intensive process, given the size of the record,[1] the highly fact-specific and often deeply technical nature of much of the litigation, and counsel's ethical mandate to identify and preserve all colorable appellate issues in a capital case. Despite considerable progress, counsel anticipate that record review and compilation will be ongoing even after the 120-day period to propose a briefing schedule expires in December. Nonetheless, counsel expect to be sufficiently prepared at that time to propose a schedule as planned.

In connection with the record review and compilation, since the last status report, counsel have:

---

[1] The docket today lists 1640 filings, and the transcripts from the approximately 100 in-court appearances over almost a five-year period—including the nearly two-month trial—run to almost 14,000 pages. Counsel must assure that all material referenced is included in the record, all proceedings have been transcribed, and everything is accessible to appellate counsel.

- Identified additional record material not in trial counsel's files, mostly exhibits and attachments to motions, some of which are not available on PACER, and sought to obtain file-stamped copies.

- Arranged with appellee and the district court clerk to review the trial exhibits to ensure that the record on appeal includes a complete and accurate set of all the exhibits. Counsel will travel to Pittsburgh on November 20-21, 2024, for this purpose.[2]

- Completed a catalog of the approximately 60 boxes of paper records received from trial counsel and began conversion to electronic format and closer review of documents, including correspondence with the district court, which may require supplementing the record.

- Completed transfer of 1.7 terabytes of data from trial counsel's electronic trial files to appellate counsel and began to catalog the files.

Counsel also met to discuss the progress of the record review and compilation and begin identifying potential issues for the appeal, based on the review to date.

Finally, counsel again traveled to the United States Penitentiary at Terre Haute, Indiana, for a legal meeting with Mr. Bowers.

---

[2] Undersigned counsel proposed dates for this review in October, but the November dates were more convenient for appellee and the district court.

Respectfully submitted,

ROBERT BOWERS

by his attorneys:

*s/ Sean J. Bolser, Esq.*
Federal Capital Appellate Resource Counsel Project
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718-330-1200
sean_bolser@fd.org

*s/ Sarah S. Gannett, Esq.*
Office of the Federal Public Defender
District of Arizona
250 N. 7th Avenue
Suite 600
Phoenix, AZ 85007
602-382-2700
sarah_gannet@fd.org

*s/ Margaret Farrand, Esq.*
Office of Federal Public Defender
Central District of California
321 E 2nd Street
Los Angeles, CA 90012
213-894-7528
margaret_farrand@fd.org