IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————————————

No. 24-9002

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROBERT BOWERS,

Defendant-Appellant

————————————

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

————————————

Undersigned counsel respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw as counsel of record in the above-captioned case.  Effective February 21, 2025, undersigned counsel will leave her position with the Department of Justice.

The United States will continue to be represented by the following

counsel who have entered appearances in the case:  Laura S. Irwin;

Janea L. Lamar; Eric G. Olshan; Troy Rivetti; John-Alex Romano; and

Soo C. Song.

Respectfully submitted,

KATHLEEN P. WOLFE
  Deputy Assistant
  Attorney General

s/ Erin H. Flynn
ERIN H. FLYNN
JANEA L. LAMAR
  Attorneys
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 514-5361

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 73 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

s/ Erin H. Flynn
ERIN H. FLYNN
 Attorney

Dated:  February 21, 2025

**CERTIFICATE OF SERVICE**

I certify that on February 21, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Erin H. Flynn
ERIN H. FLYNN
Attorney