UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-9002**

UNITED STATES OF AMERICA

v.

ROBERT BOWERS,
                        Appellant

(W.D. Pa. No. 2:18-cr-00292-001)

_____ORDER_____

The foregoing order is entered at the direction of the Court.

WHEREAS,

1. This appeal was filed on June 4, 2024, and on Appellant's request the Court suspended setting the briefing schedule;
2. On December 6, 2024, Appellant requested that the Court set the deadline of May 31, 2027, for filing of Appellant's Brief and Appendix;
3. On December 18, 2024, the Court set the deadline of September 19, 2025 for filing of Appellant's Brief and Appendix;
4. On August 15, 2025, Appellant moved for an extension until March 19, 2026, for filing of Appellant's Brief and Appendix and the Court extended the deadline to October 20, 2025, indicating that further extensions would be granted only for good cause;
5. On October 14, 2025, Appellant moved for an extension until November 19, 2025 for filing of Appellant's Brief and Appendix, and the Court extended the deadline to November 3, 2025, indicating that further extensions would be extremely disfavored and granted only upon a showing of extraordinary circumstances supported by specific justification; and
6. Just one week after the request for an extension until November 19, 2025, Appellant filed his present "Motion for Reconsideration of Briefing Schedule," requesting an extension until February 2, 2026 with no further extensions, and with each of his entered counsel, Sean J. Bolser, Margaret Farrand, and Sarah

S. Gannett, now indicating if the Court fails to grant what they consider to be a meaningful extension of time that they instead be granted leave to withdraw because they perceive meeting their professional obligations is impossible under those circumstances.

AND NOW this 23rd day of October, 2025, IT IS HEREBY ORDERED that the Motion for leave to withdraw is DENIED, and the Motion for reconsideration and extension of time is GRANTED IN PART as follows:

The Brief for Appellant and Joint Appendix shall be filed and served on or before December 18, 2025. The Brief of Appellee shall be filed and served within ninety (90) days of service of Appellant's Brief. Appellant's Reply shall be filed and served within forty-five (45) days of service of Appellee's Brief. No further extension will be granted.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 23, 2025

ARR/cc:
Sean J. Bolser, Esq.
Margaret Farrand, Esq.
Sarah S. Gannett, Esq.
Laura S. Irwin, Esq.
Janea Lamar, Esq.
Jason Lee, Esq.
Troy Rivetti, Esq.
John-Alex Romano, Esq.
Soo C. Song, Esq.
Joshua R. Zuckerman, Esq.