OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U NITED S TATES C OURT OF A PPEALS

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

June 15, 2026

Sean J. Bolser, Esq.
Margaret Farrand, Esq.
Sarah S. Gannett, Esq.
Laura S. Irwin, Esq.
Janea Lamar, Esq.
Troy Rivetti, Esq.
John-Alex Romano, Esq.
Soo C. Song, Esq.
Joshua R. Zuckerman, Esq.

RE: USA v. Robert Bowers
Case Number: 24-9002
District Court Case Number: 2:18-cr-00292-001

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Tuesday, August 11, 2026**.  Pursuant to Fed. R. App. P. 29(a)(8), an amicus curiae may participate in oral argument only with the Court's permission.

Oral argument will be held in **Courtroom 3A on the 3rd floor of the Joseph F. Weis, Jr U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219**.  The time when argument will begin and allotment of argument time will be determined on a later date.

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Page – 2 –                                            June 15, 2026

RE: USA v. Robert Bowers
Case Number: 24-9002
District Court Case Number: 2:18-cr-00292-001

Appellants and Appellees are asked to provide very brief summaries of the issues in the case by docketing the **Summary of Oral Argument** event, located in the **Argument Notices & Acknowledgements** category, within five (5) business days.  This is part of a program to provide the public with information about the Court's cases.  The summaries will be posted on the Court's website.

Audio of arguments is posted on the Court's website shortly after the conclusion of arguments.  In addition, the Court may direct that <u>video</u> of oral argument[1] in cases that are of significant interest to the public, the bar or the academic community be posted on the website.  In order to assist the Court in this determination, Appellants and Appellees will be asked, when providing the summary of oral argument, whether they recommend that video be posted or whether they object to the posting of video.  Whether video is posted is within the sole discretion of the judges hearing oral argument.  The panel of the Court will determine after oral argument whether video of any argument should be posted.  Attorneys will be notified if video will be posted and given a further opportunity to object by close of business the next day.

In accordance with IOP 2.5, the names of the panel members will be provided approximately 18 calendar days before the date of argument.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By: Patrick
Calendar Clerk
267-299-4932

---

[1] Only arguments scheduled in the Albert Branson Maris and Collins J. Seitz courtrooms in Philadelphia, PA are video recorded.