Docket No. 24-9002

In The United States Court of Appeals
For The Third Circuit

**UNITED STATES,**

Plaintiff – Appellee,

v.

**ROBERT BOWERS,**

Defendant – Appellant.

# **Motion to Permit Counsel to Remove Jacket During Oral Argument**

Defendant-Appellant Robert Bowers, through his appellate counsel, hereby respectfully moves this Court to permit arguing counsel to remove her suit jacket during oral argument, if necessary, for medical reasons.

As explained in the defense's previously-filed motion to continue oral argument, arguing counsel was diagnosed in April 2026 with lymphoma and underwent chemotherapy for treatment of that condition between May and August 2026. Due to counsel's medical condition, and

the continuing effects of the recently-completed chemotherapy, she may need to remove her jacket at times during the argument. No disrespect would be intended by this.

Counsel for Mr. Bowers have consulted with counsel for the government, John-Alex Romano, who indicates the government has no objection to this motion.

Respectfully submitted this 13th day of October, 2026.

Respectfully submitted,

ROBERT BOWERS

by his attorneys:

*s/ Sean J. Bolser, Esq.*
Federal Capital Appellate Resource Counsel Project
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718-330-1200
sean_bolser@fd.org

*s/ Sarah S. Gannett, Esq.*
Office of the Federal Public Defender
District of Arizona
250 N. 7th Avenue, Suite 600
Phoenix, AZ 85007
602-382-2700
sarah_gannett@fd.org

*s/ Margaret Farrand, Esq.*
Office of Federal Public Defender
Central District of California
321 E 2nd Street
Los Angeles, CA 90012
213-894-7528
margaret_farrand@fd.org

# DECLARATION OF COUNSEL

I declare under penalty of perjury that, to the best of my knowledge, the following is true and correct:

1. I am a Deputy Federal Public Defender in the Central District of California, and am one of the attorneys assigned to represent defendant and appellant Robert Bowers in this appeal.

2. In April 2026, I was diagnosed with Diffuse Large B-cell Lymphoma (“DLBCL”), an aggressive type of cancer that required prompt treatment through chemotherapy.

3. I underwent chemotherapy between May and August 2026.

4. Due to ongoing effects of the lymphoma and chemotherapy, it may be necessary for me to remove my suit jacket during the argument. No disrespect towards the Court or any person would be intended by this.

Executed on Tuesday, October 13, 2026, at Los Angeles, California.

*s/ Margaret A. Farrand*
MARGARET A. FARRAND
Deputy Federal Public Defender

# EXHIBIT A

City of Hope

1500 East Duarte Road
Duarte, CA 91010-3000
Phone- 626.218.2405
Fax- 626.389-3060
www.cityofhope.org

September 3, 2026

**RE: Margaret Farrand**
DOB: [redacted]

To Whom It May Concern:

I am writing to you on behalf of Margaret Farrand, who is currently my patient at City of Hope National Medical Center in Duarte, California. 1) Margaret has completed a course of chemotherapy treatment for diffuse large B cell lymphoma in August 2026. 2) Lymphoma and chemotherapy can cause ongoing difficulty regulating body temperature, resulting in physical discomfort, and 3) for medical reasons, Ms. Farrand may need to remove her jacket during court arguments for the next several months while she recovers from her recently-completed treatment.

The Health Insurance Portability and Accountability Act of 1996 (HIPAA), prohibits the hospital providing any additional medical information concerning this patient without their written consent. Should you have any questions or need further medical status verification, please do not hesitate to call me at (626) 218-3713.

Thank you for your understanding and assistance in this most delicate matter.

Sincerely,

Paul Di Flauro, NP
Nurse Practitioner
Department of Hematology and Hematopoietic Cell Transplantation
City of Hope National Medical Center