**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 24-9002

United States of America vs. Robert Bowers

Calendar Date Nov. 3, 2026 Location Pittsburgh, PA

## DIVISION OF ARGUMENT TIME FOR MULTIPLE COUNSEL

The Court of Appeals for the Third Circuit requests counsel for each side to divide the allotted argument time among the parties when multiple briefs are filed by multiple counsel. In many instances, the Court discourages multiple counsel arguing when a joint brief is filed. If multiple counsel request argument when a joint brief is filed, counsel must indicate the party or issue(s) and the division of time for each counsel, and such requests will be submitted to the Court for approval prior to oral argument.

Counsel for Appellant(s), Petitioner(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
| --- | --- | --- |
| | | |
| | | |
| | | |

Counsel for Appellee(s), Respondent(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
| --- | --- | --- |
| Janea Lamar | 30 mins. | United States |
| John-Alex Romano | 30 mins. | United States |
| | | --see attachment-- |

## ATTACHMENT – DIVISION OF ARGUMENT TIME FOR MULTIPLE COUNSEL

| Gov't Counsel | Div. of Time | Issues |
|---|---|---|
| Janea Lamar | 30 mins. | • Commerce Clause challenge to 18 U.S.C. 247(a)(2)<br>• Thirteenth Amendment challenge to 18 U.S.C. 249(a)(1)<br><br>***Additional issues (to the extent addressed):***<br><br>• Challenge to Section 247(a)(2), (d)(1)'s status as a valid predicate for Bowers's 18 U.S.C. 924(j) offenses<br>• *Batson* challenge |
| John-Alex Romano | 30 mins. | • Denial of motion to excuse Juror 119<br>• Shackling of Bowers during penalty phase<br><br>***Additional issues (to the extent addressed):***<br><br>• Double jeopardy challenge to capital convictions<br>• Excusal of prospective jurors 159 and 164<br>• Admission of expert testimony about Bowers's social-media postings and lay testimony about Judaism and Pittsburgh's Jewish community<br>• Admission of victim-impact evidence<br>• Government use of Bowers's statements to defense experts<br>• Exclusion of martyrdom mitigator and conditional-plea-offer evidence<br>• Challenges to selection-phase rebuttal argument<br>• Courtroom absence during evidence viewing and questioning of a Marshal |