**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 24-9002

United States of America vs. Robert Bowers

Calendar Date Nov. 3, 2026 Location Pittsburgh, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Sarah Gannett

Designation of Arguing Counsel: Sarah Gannett

Member of the Bar: ☑ Yes ☐ No

Representing (check only one):

☐ Petitioner(s) ☑ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☐ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

Robert Bowers

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)