9:30 A.M.
PITTSBURGH, PA
COURTROOM No. 3A

TUESDAY, NOVEMBER 03, 2026

Coram: HARDIMAN, BIBAS and MATEY, Circuit Judges

DEATH PENALTY

No. 24-9002

UNITED STATES OF AMERICA
v.
ROBERT BOWERS,
Appellant

Counsel for Appellant

MARGARET FARRAND
[Robert Bowers/18 U.S.C. § 249(a)(1), et al.
Penalty-Phase Proceedings]
(55 minutes per Court)

SARAH S. GANNET
[Robert Bowers]
(5 minutes per Court)

(1 hour Total per Court)

Counsel for Appellee

JANEA LAMAR
[Commerce Clause Challenge
to 18 U.S.C. 247(a)(2), et al.]
(30 minutes per Court)

JOHN-ALEX ROMANO
[Denial of Motion to Excuse
Juror 119, et al.]
(30 minutes per Court)

(1 hour Total per Court)